AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

_____ DISTRICT OF _____

PAUL J. McNALLY, as he is TRUSTEE, MASSACHUSETTS LABORERS' HEALTH AND WELFARE FUND and NEW ENGLAND LABORERS' TRAINING TRUST FUND; JAMES MERLONI, JR., as he is TRUSTEE, MASSACHUSETTS LABORERS' PENSION FUND and MASSACHUSETTS LEGAL SERVICES FUND; MARTIN F. WALSH, as he is TRUSTEE, MASSACHUSETTS LABORERS' ANNUITY FUND,

        Plaintiffs

V.

Derbes Realty Trust,
        Defendant

and

Weymouth Co-Operative Bank,
        Trustee

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **03-12609 DPW**

TO: (Name and address of defendant)

    Derbes Realty Trust
    44 Branch Street
    Quincy, MA  02169

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    Anne R. Sills, Esquire
    Segal, Roitman & Coleman
    11 Beacon Street
    Suite #500
    Boston, MA  02108

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(BY) DEPUTY CLERK

DATE  DEC 28 2003

AO 440 (Rev. 10/93) Summons in a Civil Action (Reverse)

## RETURN OF SERVICE

**Norfolk County Sheriff's Department**   2015 Washington St. • Braintree, MA 02184 • (781) 326-1787
Norfolk, ss.

January 13, 2004

I hereby certify and return that on 1/9/2004 at 01:11 pm I served a true and attested copy of the summons and complaint with exhibits in this action in the following manner: To wit, by delivering in hand to James Boland, manager, person in charge at the time of service for Derbes Realty Trust, at , 44 Branch Street, Quincy, MA 02169. Conveyance ($1.50), Copies-Attestation ($5.00), Basic Service Fee ($30.00), Postage and Handling ($1.00), Travel ($5.76) Total Charges $43.26

Deputy Sheriff Ronald Goguen

Deputy Sheriff

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
           Date

_____
Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# SEGAL, ROITMAN & COLEMAN

COUNSELLORS AT LAW
11 Beacon Street
Suite 500
Boston, Massachusetts 02108

DONALD J. SIEGEL
PAUL F. KELLY
IRA SILLS
MARY THOMAS SULLIVAN*
SHELLEY B. KROLL
BURTON E. ROSENTHAL
ANNE R. SILLS
KATHRYN S. SHEA
INDIRA TALWANI**
ELIZABETH ARIENTI SLOANE
MICHAEL J. DOHENY
JACQUELINE M. NUNEZ

ROBERT M. SEGAL (1915-1999)

OF COUNSEL
RICHARD W. COLEMAN
HAROLD B. ROITMAN
JOANNE F. GOLDSTEIN
JOSEPH P. MCKENNA, Jr.
PAUL S. HOROVITZ

*Also Admitted to the New Hampshire Bar

**Also Admitted to the California Bar

FILED
IN CLERK'S OFFICE
2004 JAN 28 P 3: 09
DISTRICT COURT
DISTRICT OF MASS.

January 27, 2004

Rebecca Greenberg, Deputy Clerk
United States District Court
for the District of Massachusetts
John Joseph Moakley U.S. Courthouse
Fan Pier
One Courthouse Way
Boston, MA  02210

Re:   Paul J. McNally, as he is Trustee, et al vs. Derbes Realty Trust
      C.A. No. 03-12609 DPW

Dear Ms. Greenberg:

Enclosed for filing in the above-captioned matter, please find proof of service on the defendant. Thank you in advance for your assistance in this matter.

Very truly yours,

Anne R. Sills

Encl.

ARS/ts
6306 02-208/greenberg.doc

TEL: (617) 742-0208 • FAX: (617) 742-2187