# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

PAUL J. McNALLY, as he is TRUSTEE,
MASSACHUSETTS LABORERS' HEALTH AND
WELFARE FUND, ET AL.,
        Plaintiffs,

    v.                                            CIVIL ACTION
                                                      NO.  03-12609-DPW

DERBES REALTY TRUST,
        Defendant.
  and

WEYMOUTH CO-OPERATIVE BANK,
        Trustee

## NOTICE OF DEFAULT

WOODLOCK, D.J.

Upon application of the Plaintiffs for an Order of Default for failure of the Defendant,

**DERBES REALTY TRUST**, to plead or otherwise defend as provided by Rule 55(a) of the Federal

Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted on **MAY 12,**

**2004.**


                                                BY THE COURT,

                                                /s/ Rebecca Greenberg
                                                Deputy Clerk

May 12, 2004