UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PAUL J. McNALLY, as he is TRUSTEE,
MASSACHUSETTS LABORERS' HEALTH AND
WELFARE FUND and NEW ENGLAND LABORERS'
TRAINING TRUST FUND; JAMES MERLONI, JR.,
as he is TRUSTEE, MASSACHUSETTS LABORERS'
PENSION FUND and MASSACHUSETTS LEGAL
SERVICES FUND; MARTIN F. WALSH, as he is
TRUSTEE, MASSACHUSETTS LABORERS'
ANNUITY FUND,
        Plaintiffs

vs.

DERBES REALTY TRUST,
        Defendant

and

WEYMOUTH CO-OPERATIVE BANK,
        Trustee

C.A. No. 03-12609 DPW

## MOTION FOR EXTENSION OF TIME TO FILE FOR ENTRY OF DEFAULT JUDGMENT

Plaintiffs Paul J. McNally, as he is Trustee, Massachusetts Laborers' Health and Welfare Fund, et al, herein respectfully move this honorable Court for an extension of time until August 4, 2004 in which to file Plaintiffs' Motion for Entry of Default Judgment. As grounds therefore, Plaintiffs state as follows:

    1.    The parties are diligently seeking to resolve the above-captioned matter.

    2.    Judicial resources, as well as the parties' resources, will be conserved if the matter can be settled promptly and efficaciously.

2

WHEREFORE, Plaintiffs seek an extension of time until August 4, 2004 in which to file for Entry of Default Judgment in this matter.

Respectfully submitted,

PAUL J. MCNALLY, as he is
TRUSTEE, MASSACHUSETTS
LABORERS' HEALTH AND WELFARE
FUND, et al,

By their attorneys,

/s/ Gregory C. Geiman
Anne R. Sills, Esquire
BBO #546576
Gregory A. Geiman, Esquire
BBO #655207
Segal, Roitman & Coleman
11 Beacon Street
Suite #500
Boston, MA 02108
(617) 742-0208

Dated: July 26, 2004

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above Motion for Extension of Time to File for Entry of Default Judgment has been served by certified and first class mail upon Derbes Realty Trust at 44 Branch Street, Quincy, MA 02169 this 26th day of July, 2004.

/s/ Gregory C. Geiman
Gregory A. Geiman, Esquire

ARS/gag&ts
6306 02-208/motextime3.doc

2