UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE
2004 SEP 29 P 3: 56

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| PAUL J. McNALLY, as he is TRUSTEE, MASSACHUSETTS LABORERS' HEALTH AND WELFARE FUND and NEW ENGLAND LABORERS' TRAINING TRUST FUND; JAMES MERLONI, JR., as he is TRUSTEE, MASSACHUSETTS LABORERS' PENSION FUND and MASSACHUSETTS LEGAL SERVICES FUND; MARTIN F. WALSH, as he is TRUSTEE, MASSACHUSETTS LABORERS' ANNUITY FUND,<br>          Plaintiffs<br><br>vs.<br><br>DERBES REALTY TRUST,<br>          Defendant<br><br>and<br><br>WEYMOUTH CO-OPERATIVE BANK,<br>          Trustee | C.A. No. 03-12609 DPW |

## PLAINTIFFS' MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DERBES REALTY TRUST

Now come the plaintiffs (hereinafter, the "Funds"), and request the Clerk, pursuant to Rule 55(b)(1), Fed.R.Civ.P., to enter default judgment in favor of the Funds and against defendant Derbes Realty Trust (hereinafter "Derbes"), holding Derbes liable for all unpaid contributions owed to the Funds, together with interest, statutory liquidated damages, reasonable attorneys' fees, and costs as follows:

    A.    Principal owed to the Funds through August, 2002    $13,074.60

    B.    Prejudgment interest on the unpaid contributions,    $3,592.83
           as mandated by 29 U.S.C. §1132(g)(2)(B), if
           all contributions are paid by September 30, 2004

| | | |
|---|---|---:|
| C. | Underpayments and interest on late-paid contributions | $11,011.16 |
| D. | Liquidated damages as mandated by 29 U.S.C. §1132(g)(2)(C) | $2,614.92 |
| E. | Attorneys' Fees as mandated by §1132(g)(2)(D) | $877.50 |
| F. | Costs | $251.41 |
| | TOTAL | $31,422.42 |

As grounds therefore, plaintiffs state that default has been entered against defendant for failure to answer or otherwise defend as to the Complaint of the plaintiffs. Plaintiffs' claim is for a sum certain. Finally, defendant is neither an infant nor an incompetent person.

WHEREFORE, plaintiffs respectfully request that default judgment be entered against Derbes Realty Trust.

Respectfully submitted,

PAUL J. MCNALLY, as he is
TRUSTEE, MASSACHUSETTS
LABORERS' HEALTH AND WELFARE
FUND, et al,

By their attorneys,

/s/ Anne C. Sills

Anne R. Sills, Esquire
BBO #546576
Gregory A. Geiman
BBO #655207
Segal, Roitman & Coleman
11 Beacon Street
Suite #500
Boston, MA 02108
(617) 742-0208

Dated: September 29, 2004

ARS/gag&ts
6306 02-208/motdefjd.doc

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail/hand on _____

2